ACCEPTED
03-15-00511-CV
7695230
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 10:16:31 AM
JEFFREY D. KYLE
CLERK

DOCKET NO. 3-15-00511-CV

| | | |
|---|---|---|
| DIANE V. WADE | § | THIRD COURT OF |
| | § | APPEALS |
| | § | |
| V. | § | |
| | § | |
| DAVID'S LANDSCAPING | § | |
| AND DAVID'S | | |
| LANDSCAPING, INC. | | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 10:16:31 AM
JEFFREY D. KYLE
Clerk

## APPELLANT'S AMENDED MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

COMES NOW, Appellant Diane V. Wade, and pursuant to the Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), files this Amended Motion for Extension of Time to File Appellate Brief, and in support thereof would show as follows:

### I.

Appellant's brief in this case was originally due October 19, 2015. Appellant was granted an extension of time to file the brief until November 9, 2015. For reasons set forth below, Appellant now seeks an extension until November 19, 2015 to file her appellate brief. This is the

second request for an extension of time to file her brief made by Appellant.

## II.

On Tuesday afternoon, November 3, 2015, the house of the undersigned counsel's 86-year old mother in Round Rock, Texas was flooded due to a break in a supply line in the house. A restoration company was called out that day, but it was unable to save the hardwood flooring which runs throughout a large portion of the first floor of the house. New flooring will have to be installed when the subsurface has been dried in a day or two and the insurance company approves it. The undersigned counsel for Appellant will be handling these matters as his mother cannot do so.

## III.

In addition, the registered nurse caring for the mother of the undersigned counsel happened to be at the house at the time of the flooding and said afterward that the undersigned counsel's mother will have to be permanently moved into an assisted living center (or nursing home) or receive care 24 hours, seven days a week at her home. This is

largely due to the fact that the undersigned counsel's mother already was in a fragile condition and this has been undermined by the trauma of the flooding incident. The undersigned counsel will also be handling that transition.

III.

This Motion is not filed for delay only, but so that justice may be done. The undersigned counsel has personal knowledge of the facts set forth in this Motion. Appellant respectfully requests that this Court extend the deadline for filing Appellant's brief until November 19, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant Diane V. Wade respectfully requests that this Court grant her Agreed Motion for Extension of Time to File Appellant's Brief, and requests that the Court grant such further and other relief to which Appellant may be entitled.

Respectfully submitted,

LAW OFFICE OF STUART WHITLOW

By: /s/ Stuart Whitlow_____
      Stuart Whitlow
      Texas Bar No.:  21378050
      1104 S. Mays, Suite 116
      Round Rock, Texas 78664
      Tel. (737) 346-1839
      Fax (512) 218-9235
      Email stuartrtwhitlowlaw@yahoo.com
      Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing legal instrument was served upon Robert House, Clark & Trevino, 1701 Directors Boulevard, Suite 920, Austin, Texas 78744, in accordance with the Texas Rules of Civil Procedure on the 5th day of November, 2015.

_/s/Stuart Whitlow_____
Stuart Whitlow

## CERTIFICATE OF CONFERENCE

This is to certify that Stuart Whitlow, counsel for Appellant Diane V. Wade has attempted to confer with counsel for Appellee but has not been able to reach him yet.

 /s/Stuart Whitlow_____
Stuart Whitlow